IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILHEMINA ANDERSON, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil No. L-04-3698 |
| | * | Crim. No. L-00-033 |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent. | * | |
| | * | |

**************

## **ORDER**

For the reasons stated in the Memorandum of even date, the Court hereby:

(i)   DENIES Plaintiff's Motion to Vacate Sentence; and

(ii)  DIRECTS the Clerk CLOSE the case.

Dated this  27th  day of November, 2007.

                                                                            /s/
                                                    Benson Everett Legg
                                                    Chief Judge