# UNITED STATES DISTRICT COURT
## --------------------DISTRICT OF MARYLAND--------------------

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Case No.: L-00-0033 |
| WILHELMINA ANDERSON | * |

### LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Enter my appearance as counsel in the case to preliminarily review Ms. Anderson's pending *pro se* motion to reduce his sentence under 18 U.S.C. § 3582(c). I certify that I am admitted to practice in this Court.

JAMES WYDA
Federal Public Defender

Date: March 24, 2008

_____
PARESH S. PATEL
Staff Attorney
Federal Public Defender's Office
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770-1405
(301) 344-0600
Fax No. (301) 344-0019