IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

         v.                          *   Criminal No. L-00-033

WILHELMINA ANDERSON                  *

\* \* \* \* \* \*

## O R D E R

Upon review of the status report filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Commission related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this 27th day of MAR, 2008, ordered by the United States District Court for the District of Maryland that:

    1)    The status report shall be docketed as a Motion for Appointment of Counsel;

    2)    The CJA Supervising Attorney shall appoint a member of the CJA Panel to represent the defendant in connection with a motion to reduce sentence under 18 U.S.C. § 3582 and Amendment 706; and

    3)    Newly appointed counsel is directed to contact the Office of the Federal Public Defender to obtain the preliminary information that Office has gathered.

    4)    The Government shall state within thirty days its position on the motion for reduction of sentence.

                                   /s/
                                   The Honorable Benson E. Legg
                                   United States District Judge

C/M CHAMBERS 3-27-08

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2008 MAR 27 CLERK'S OFFICE AT BALTIMORE BY_____ DEPUTY