BSS/3582.NoChange.Response.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

v.                             *   Criminal No. L-00-0033

                               *

WILHELMINA ANDERSON

...ooOoo...

**GOVERNMENT'S RESPONSE TO MOTION FOR REDUCTION
OF SENTENCE UNDER 18 U.S.C. § 3582(c)**

The United States of America, by its undersigned counsel, having reviewed counsel's Motion, the Presentence Report, the Judgment & Commitment Order, and the revised guidelines computation for the defendant named above, agrees with United States Probation that Ms. Anderson is **not eligible** for relief , since even if the Court were to recompute the guideline calculation using the new Drug Equivalency Table for the "crack" involved in the offense, the resulting guidelines level would remain the same, since the defendant's sentence was driven by the amount of heroin she was responsible for, not crack.

Accordingly, the United States submits that the Court should deny the defendant's motion. sentence.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Barbara S. Sale
Assistant United States Attorney
Bar No. 00307
36 South Charles Street
Baltimore, Maryland 21201
(410) 209-4902

## Certificate of Service

**I HEREBY CERTIFY** that this __16th__ day of __May__ 2008, a copy of the Foregoing Government's Response to Motion for Reduction Of Sentence under 18 U.S.C. § 3582(c) was mailed, postage prepaid:

Mary E. Davis, Esq.
Davis & Davis
514 10th Street NW
Ninth Floor
Washington, D.C. 20004

and

Estelle Santana
Deputy Chief United States Probation Officer
United States Probation and Pretrial Services
250 W. Pratt Street
Suite 400
Baltimore, MD 21201

Barbara S. Sale
Assistant United States Attorney